# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTWAN ROBINSON, Individually and on behalf of all other similarly situated current and former employees, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) NO. 3:20-cv-00175<br>) |
| v. | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE NEWBERN<br>) |
| J & J CUSTOM BUILDERS, LLC, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Notice of Dismissal With Prejudice (Docket No. 12), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE